ADAM GORDON
United States Attorney
BRENDAN P. BARBER
Assistant U.S. Attorney
Illinois Bar No. 6329418
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Brendan.Barber@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED

JUL 29 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. ___25CR2817___ |
|---|---|
| Plaintiff, | 25MJ3425 |
| v. | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| GUILLERMO GONZALEZ (2) | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, UNITED STATES OF AMERICA, by and through its counsel, ADAM GORDON, United States Attorney, and Brendan P. Barber, Assistant United States Attorney, and defendant GUILLERMO GONZALEZ, by and through and with the advice and consent of defense counsel, Maria Fernanda Ezquerro, that:

1.   Defendant agrees to execute this stipulation on or before the first arraignment date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2.   The material witness, Maria Guadalupe Hernandez-Hernandez, in this case:

BPB:jf:7/9/2025

    a.   Is an alien with no lawful right to enter or remain in the United States;

    b.   Entered or attempted to enter the United States illegally on or about June 19, 2025;

    c.   Was found in a vehicle, driven by SANTOS BRAYAN TOMAS-SALAZAR with defendant GUILLERMO GONZALEZ as an occupant, near Dulzura, California;

    d.   Was paying on her behalf $7,000 to others to be brought into the United States illegally and transported or moved illegally to her destination therein; and

    e.   May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3.   After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws their guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a.   The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

    b.   The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

    c.   Understanding that under *Crawford v. Washington*, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

4.   By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint

motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ADAM GORDON
United States Attorney

*Dana Segal* for
7/25/25
_____        _____
DATED                          BRENDAN P. BARBER
                               Assistant U.S. Attorney

7/25/25
_____        _____
DATED                          MARIA FERNANDA EZQUERRO
                               Defense Counsel

7/25/25
_____        _____
DATED                          GUILLERMO GONZALEZ
                               Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

_____7/29/2025_____     _____
DATED                            United States Magistrate Judge